DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

AMANDA MEGAN BULMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1664

————————————————

September 1, 2023

Appeal from the Circuit Court for Pasco County; Kimberly Campbell, Judge.

Howard L. Dimmig, II, Public Defender and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Blain A. Goff, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.